1  McGREGOR W. SCOTT
   United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                 CASE NO.  2:18-CR-0171-MCE

12                        Plaintiff,          STIPULATION REGARDING EXCLUDABLE
                                              TIME PERIODS UNDER SPEEDY TRIAL ACT;
13                    v.                       ORDER

14  AGUSTIN CRUZ-SANCHEZ,                     DATE: October 11, 2018
    ABRAHAM DE LOS SANTOS-SANCHEZ,            TIME: 10:00 a.m.
15  and                                       COURT: Hon. Morrison C. England, Jr.
    NANCY EVELIN VILLENA-ARGUELLES,
16
                          Defendants.
17

18                                  **STIPULATION**

19      1.      By previous order, this matter was set for status on October 11, 2018.

20      2.      By this stipulation, defendants now move to continue the status conference until January

21  17, 2019, and to exclude time between October 11, 2018, and January 17, 2019, under Local Code T4.

22      3.      The parties agree and stipulate, and request that the Court find the following:

23      a)      The government has represented that the discovery associated with this case

24  includes more than 6,500 pages of investigative reports, photographs, and other documents, as

25  well as video and audio recordings. All of this discovery has been either produced directly to

26  counsel and/or made available for inspection and copying.  Due to the inclusion of personal

27  identifying information in some of this discovery, the parties agreed to a stipulation and joint

28  request for a protective order, which was granted by Magistrate Judge Carolyn K. Delaney on

    STIPULATION REGARDING EXCLUDABLE TIME         1
    PERIODS UNDER SPEEDY TRIAL ACT

1  September 24, 2018.  The government's most recent production was made on September 28,

2  2018, and consisted of more than 2,900 pages of additional discovery.

3           b)        Counsel for defendants desire additional time to review this discovery and discuss

4  it with their clients, to conduct investigation and research related to the charges, and to otherwise

5  prepare for trial.

6           c)        Counsel for defendants believe that failure to grant the above-requested

7  continuance would deny them the reasonable time necessary for effective preparation, taking into

8  account the exercise of due diligence.

9           d)        The government does not object to the continuance.

10           e)        Based on the above-stated findings, the ends of justice served by continuing the

11  case as requested outweigh the interest of the public and the defendants in a trial within the

12  original date prescribed by the Speedy Trial Act.

13           f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

14  et seq., within which trial must commence, the time period of October 11, 2018 to January 17,

15  2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

16  T4] because it results from a continuance granted by the Court at defendant's request on the basis

17  of the Court's finding that the ends of justice served by taking such action outweigh the best

18  interest of the public and the defendants in a speedy trial.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4         IT IS SO STIPULATED.

5

6  Dated: October 9, 2018                   McGREGOR W. SCOTT
                                   United States Attorney

7                                     /s/ DAVID W. SPENCER

8                                     DAVID W. SPENCER
                                   Assistant United States Attorney

9

10

11 Dated: October 9, 2018                   /s/ MATTHEW BOCKMON
                                   MATTHEW BOCKMON
                                   Counsel for Defendant

12                                    Agustin Cruz-Sanchez

13 Dated: October 9, 2018                   /s/ ETAN ZAITSU
                                     ETAN ZAITSU

14                                    Counsel for Defendant
                                   Abraham De Los Santos-Sanchez

15

16 Dated: October 9, 2018                   /s/ CLEMENTE JIMENEZ
                                   CLEMENTE JIMENEZ

17                                    Counsel for Defendant
                                   Nancy Evelin Villena-Arguelles

18                            **ORDER**

19        IT IS SO ORDERED.

20 Dated: October 11, 2018

21

22                                    MORRISON C. ENGLAND, JR
                                   UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT