McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>          v.<br><br>AGUSTIN CRUZ-SANCHEZ,<br>ABRAHAM DE LOS SANTOS-SANCHEZ,<br>AND<br>NANCY EVELIN VILLENA-ARGUELLES,<br><br>               Defendants. | CASE NO. 2:18-CR-0171-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: January 17, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.      By previous order, this matter was set for status on January 17, 2019.

2.      By this stipulation, defendants now move to continue the status conference until April 11, 2019, and to exclude time between January 17, 2019, and April 11, 2019, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

      a)      The government has represented that the discovery associated with this case includes more than 6,500 pages of investigative reports, photographs, and other documents, as well as video and audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      Further, the government anticipates producing several thousand additional pages of photographs in the coming days or weeks.

1    c)    Counsel for defendants desire additional time to review the discovery and discuss

2    it with their clients, to conduct investigation and research related to the charges, and to otherwise

3    prepare for trial.

4    d)    Counsel for defendants believe that failure to grant the above-requested

5    continuance would deny them the reasonable time necessary for effective preparation, taking into

6    account the exercise of due diligence.

7    e)    The government does not object to the continuance.

8    f)    Based on the above-stated findings, the ends of justice served by continuing the

9    case as requested outweigh the interest of the public and the defendant in a trial within the

10   original date prescribed by the Speedy Trial Act.

11   g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12   et seq., within which trial must commence, the time period of January 17, 2019 to April 11,

13   2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

14   T4] because it results from a continuance granted by the Court at defendant's request on the basis

15   of the Court's finding that the ends of justice served by taking such action outweigh the best

16   interest of the public and the defendant in a speedy trial.

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1          4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the

2   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3   must commence.

4          IT IS SO STIPULATED.

5

6   Dated: January 14, 2019                    McGREGOR W. SCOTT
                                               United States Attorney
7

8                                              /s/ DAVID W. SPENCER
                                               DAVID W. SPENCER
9                                              Assistant United States Attorney

10  Dated: January 14, 2019                    /s/ MATTHEW BOCKMON
                                               MATTHEW BOCKMON
11                                             Counsel for Defendant
                                               Agustin Cruz-Sanchez
12

13  Dated: January 14, 2019                    /s/ ETAN ZAITSU
                                               ETAN ZAITSU
                                               Counsel for Defendant
14                                             Abraham De Los Santos-Sanchez

15  Dated: January 14, 2019                    /s/ CLEMENTE JIMENEZ
                                               CLEMENTE JIMENEZ
16                                             Counsel for Defendant
                                               Nancy Evelin Villena-Arguelles
17

18                                      **ORDER**

19         IT IS SO ORDERED.

20
    Dated: January 16, 2019
21

22

23                                             MORRISON C. ENGLAND, JR
                                               UNITED STATES DISTRICT JUDGE
24

25

26

27

28