ETAN ZAITSU [SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA 95814
916.542.0270
etan@zaitsulaw.com

Attorney for Defendant
ABRAHAM DE LOS SANTOS-SANCHEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABRAHAM DE LOS SANTOS-SANCHEZ,<br><br>Defendant. | 2:18-CR-00171-MCE<br><br>STIPULATION AND ORDER TO VACATE THE CURRENT STATUS CONFERENCE AS TO DEFENDANT SANTOS-SANCHEZ, AND TO SET A CHANGE OF PLEA HEARING ON 10/31/19<br><br>DATE: October 17, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Defendant Abraham De Los Santos Sanchez, by and through his counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Status Conference on October 17, 2019.

2. By this stipulation, the parties jointly request the Court to vacate the Status Conference as to <u>Defendant Santos-Sanchez only</u>, and set a Change of Plea hearing for him on October 31, 2019 at 10:00 a.m.

3. It is further stipulated that the time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., be excluded from computation of time pursuant to § 3161(h)(1)(G), (h)(7)(A), (B)(iv) [Local Code T4]. Further, the ends of justice served in granting the court time to review a proposed plea agreement and the defendant reasonable time for effective preparation outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: October 11, 2019                    /s/ Etan Zaitsu
                                           ETAN ZAITSU
                                           Counsel for Defendant
                                           ABRAHAM DE LOS SANTOS-
                                           SANCHEZ


Dated: October 11, 2019                    MCGREGOR W. SCOTT
                                           United States Attorney


                                           /s/ *David Spencer*
                                           DAVID SPENCER
                                           Assistant U.S. Attorney


**ORDER**

It is hereby ordered that the Status Conference on October 17, 2019 be vacated as to Defendant Abraham De Los Santos-Sanchez only, and that a Change of Plea hearing for this defendant be set for October 31, 2019, at 10:00 a.m. The Court further finds that time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., be excluded from computation of time pursuant to § 3161(h)(1)(G), (h)(7)(A), (B)(iv) [Local Code T4], and that the ends of justice served in granting the court time to review a proposed plea agreement and the defendant reasonable time for effective preparation outweigh the best interests of the public and the defendant in a speedy trial. Time is excluded from the date of this order through October 31, 2019.

IT IS SO ORDERED.

Dated: October 28, 2019

                                           MORRISON C. ENGLAND, JR
                                           UNITED STATES DISTRICT JUDGE