ETAN ZAITSU [SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA 95814
916.542.0270
etan@zaitsulaw.com

Attorney for Defendant
ABRAHAM DE LOS SANTOS-SANCHEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ABRAHAM DE LOS SANTOS-SANCHEZ,

Defendant.

2:18-CR-00171-MCE

REQUEST AND ORDER FOR WAIVER OF DEFENDANT'S PERSONAL APPEARANCE IN LIEU OF VIDEO CONFERENCE APPEARANCE

DATE: June 18, 2020
TIME: 10:00 a.m.
COURT: Hon. Morrison C. England, Jr.

**REQUEST FOR WAIVER OF PERSONAL APPEARANCE**

Defendant Abraham De Los Santos Sanchez, by and through his counsel of record, hereby requests waiver of his personal appearance in lieu of video conference appearance, pursuant to General Order 614, Covid-19, and current closure of the United States Eastern District of California courthouse to the public. The defendant has consulted with his attorney about this waiver consents to his counsel electronically signing on his behalf pursuant to General Order 616.

Dated: June 15, 2020

/s/ *Abraham De Los Santos-Sanchez*
ABRAHAM DE LOS SANTOS-SANCHEZ
Defendant

Dated: June 15, 2020

/s/ *Etan Zaitsu*
ETAN ZAITSU
Attorney for Defendant
ABRAHAM DE LOS SANTOS SANCHEZ

**ORDER**

It is hereby ordered that the personal appearance of Defendant Abraham De Los Santos-Sanchez is waived in lieu of video conference appearance pursuant to General Order 614, Covid-19, and the current closure of the United States Eastern District of California courthouse to the public.

IT IS SO ORDERED.

Dated: June 16, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE