TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
AUGUSTIN CRUZ-SANCHEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:18-CR-00171 MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER SEALING ATTACHMENT TO DEFENSE BAIL MOTION FILED AS ECF DOC NUMBER 133** . |
| Sanchez-Cruz et al. | ) |
| Defendant. | ) |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Augustin Cruz-Sanchez, IT IS HEREBY ORDERED that the attachment to Defendant's Bail Motion filed as ECF DOC Number 133 shall be SEALED until further order of this Court.

Dated:  November 4, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE