UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABRAHAM DE LOS SANTOS-SANCHEZ,<br><br>Defendant. | No. 2:18-cr-00171-TLN<br><br><br><br>**ORDER** |

The Court has reviewed Defendant Abraham De Los Santos-Sanchez's ("Defendant") *pro se* motion for a sentence reduction and the Government's opposition thereto. (ECF Nos. 269, 276.) The Federal Defender's Office has notified the Court it will not assume representation of Defendant in this matter. (ECF No. 273.) Defendant appears to move for a sentence reduction pursuant to 18 U.S.C. § 3582(c) and Amendment 821, which provides a two-level reduction in offense level for "zero-point offenders" who meet the criteria set forth in U.S.S.G. § 4C1.1. The Court has reviewed the presentence report and notes that Defendant possessed a firearm in connection with the offense. Therefore, Defendant is not eligible for any reduction under § 4C1.1. *See* U.S.S.G. § 4C1.1(a)(7). The Court also notes Defendant was already sentenced to the statutory mandatory minimum. Lastly, Defendant is also ineligible for a reduction under the amended status point provision because he did not receive any status points at sentencing. *See* U.S.S.G. § 4A1.1(e).

For these reasons, the Court DENIES Defendant's motion.  (ECF No. 269.)

Date: June 26, 2024

                                        Troy L. Nunley
                                        United States District Judge